THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERT KIRKMAN and Another, Appellants, v. GUY VAN AMRINGE, City Magistrate of the City of New York, Respondent.— Order affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

LILLIAN SMITH, Respondent, v. CHARLES S. SMITH, Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THOMAS DWYER, Respondent, v. R. V. W. REALTY CORPORATION and Another, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements, with leave to renew the motion at Special Term on proper papers. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

FLORENCE WENDER and MAX WENDER, Respondents, v. SPRINGFIELD FIRE AND MARINE INSURANCE COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

PATHE EXCHANGE, INC., a Corporation, Respondent, v. MARIO BIANCHI, Also Known as MONTY BANKS, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

LILLIAN ARONIN, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent. ISADORE ARONIN and ESTHER ARONIN, Interpleaded Defendants, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

BARNET J. BEYER, INC., Respondent, v. AMERICAN ART ASSOCIATION-ANDERSON GALLERIES, INC., Appellant.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

DAVID LIPPMANN, Respondent, v. L. M. BERKELEY, Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

KENT-COSTIKYAN, INC., Appellant, v. BELLANCA AIRCRAFT CORPORATION, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CLENDENIN J. RYAN, JR., Respondent, Appellant, v. MARIE WURMBRAND-STUPPACH RYAN, Appellant, Respondent.— Order appealed from, in so far as it denies plaintiff's motion to vacate the appointment of the guardian ad litem and in so far as it grants defendant's cross-motion to direct plaintiff to accept service of answer, reversed and the motion to vacate granted and the cross-motion to direct plaintiff to accept service of answer denied. Order affirmed in so far as it denies defendant's cross-motion to vacate order of publication and to compel plaintiff to accept service of notice of trial. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CLENDENIN J. RYAN, JR., Appellant, v. MARIE WURMBRAND-STUPPACH RYAN, Respondent.— Order reversed and motion denied without prejudice to renewal after the case is at issue. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.